Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathleen Marin )<br><br>Plaintiff(s), )<br><br>v. )<br>Xerox Corporation, Sedgwick Claims )<br>Management Services )<br><br>Defendant(s). ) | Case No: 3:12-cv-06532-M<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Lauren A. Wong, an active member in good standing of the bar of Tennessee, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Sedgwick Claims Management Services in the above-entitled action. My local co-counsel in this case is Glenn W. Peterson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 5178 Wheelis Drive<br>Memphis, TN 38117 | 2267 Lava Ridge Ct., Suite 210<br>Roseville, CA 95661 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (901) 844-4441 | (916) 780-8222 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| laurenw@lawrencerussell.com | GPeterson@mpwlaw.net |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 028118.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/25/13

Lauren A. Wong
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lauren A. Wong is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 24, 2013

~~UNITED STATES DISTRICT~~/MAGISTRATE JUDGE
MARIA-ELENA JAMES

*PRO HAC VICE* APPLICATION & ORDER                                            *October 2012*